**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

**WILLIE FRANK WRIGHT, JR.**               **CIVIL ACTION NO.**
                                                                 **4:19-cv-0095**
        **Plaintiff,**

**Vs.**

**WARDEN KEVIN SPRAYBERRY,**
**DEPUTY WARDEN BLACK,**
**COUNSELOR HAROLD,**
**OFFICER COBB,**
**SERGEANT HARRIS, and**
**UNIT MANAGER EILLA,**

        **Defendants.**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF OFFICER COBB, SERGEANT HARRIS, AND UNIT MANAGER EILLA

Plaintiff Willie Wright, through his undersigned counsel, files this voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A) before responsive pleadings of defendants Officer Cobb, Sergeant Harris, and Unit Manager Eilla, for causes of action arising while Plaintiff was incarcerated at Valdosta State Prison to comply with the Order of United States Magistrate Judge Walter E. Johnson dated, January 12th 2021.

                                        Respectfully submitted,
                                        /S/McNeill Stokes
                                        McNeill Stokes
                                        Georgia Bar No. 683600
                                        Attorney for Plaintiff
                                        Willie Frank Wright Jr.

# CERTIFICATE OF SERVICE

       The undersigned attorney certifies that this day a true and correct copy of the Voluntary Dismissal Without Prejudice of Officer Cobb, Sergeant Harris, and Unit Manager Eilla and was electronically filed with the Clerk of the Court using the e-filing system which will send notification of such filing to all the attorneys of record.

       This 21st day of January, 2021.

                     Respectfully submitted,
                     */S/McNeill Stokes*
                     McNeill Stokes
                     Georgia Bar No. 683600
                     Attorney for Plaintiff
                     Willie Frank Wright Jr.

5372 Whitehall Place SE
Mableton, Georgia 30126
Telephone: 404-352-2144
Fax: 768-742-7559