IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**WILLIE FRANK WRIGHT, JR.**       **CIVIL ACTION NO.**
                                    **4:19-cv-00095-HLM-WEJ**
    **Plaintiff,**

Vs.

**WARDEN KEVIN SPRAYBERRY,**
**et al.,**

    **Defendants.**

## OBJECTION TO THE MAGISTRATE'S FINAL REPORT AND RECOMMENDATION

Plaintiff files this Objection to the Magistrate's Final Report and Recommendation and shows the Court as follows:

The Magistrate's Report and Recommendation states that Plaintiff's counsel failed to show good cause for untimeliness in the service of process on Defendants Sprayberry and Eilla. The Defendants' Motion, however, recognizes that the Court ordered Plaintiff to show cause within 14 days (Docket #46). Plaintiff shows they immediately complied with this Order and began the process to effect service on Defendants (Docket #47, 48, 49) and filed a Response to the Order to Show Cause (Docket #50).  Return of Services were filed on 6/18/21 (Docket #54, 55, 56).

Plaintiff has complied with the Court's Order by effecting service on the Defendants rendering the Defendants' Motion moot. Plaintiff has met his obligation

as required by the Court's Order (Docket # 46). Counsel for Plaintiff contends that his legal assistance was working only part-time and this contributed to the untimeliness in the service of process.

    This 19th day of October, 2021.

                                    Respectfully submitted,

                                    */S/McNeill Stokes*
                                    McNeill Stokes
                                    Georgia Bar No. 683600
                                    Attorney for Plaintiff
                                    Willie Frank Wright Jr.

5372 Whitehall Place SE
Mableton, Georgia 30126
Telephone: 404-352-2144
Fax: 768-742-7559