**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

WILLIE FRANK WRIGHT, JR.,

                      Plaintiff,

vs.

WARDEN KEVIN SPRAYBERRY, et al.,

                      Defendants.

CIVIL ACTION FILE

NO. 4:19-CV-0095-HLM-WEJ

## J U D G M E N T

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration of the Defendants Sprayberry and Eilla's Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE**.

Dated at Rome, Georgia, this 28th day of October, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By:    s/Jill Ayers
       , Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 28, 2021
Kevin P. Weimer
Clerk of Court

By:   s/Jill Ayers
       Deputy Clerk