IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**WILLIE FRANK WRIGHT, JR.**                    **CIVIL ACTION NO.**
                                                                 **4:19-cv-0095**

     **Plaintiff,**

Vs.

**WARDEN KEVIN SPRAYBERRY,**
**DEPUTY WARDEN BLACK,**
**COUNSELOR HAROLD,**
**OFFICER COBB,**
**SERGEANT HARRIS, and**
**UNIT MANAGER EILLA,**

     **Defendants.**

## OBJECTIONS TO THE UNITED STATES MAGISTRATE'S FINAL REPORT AND RECOMMENDATION DATED OCTOBER 4, 2022

     Plaintiff, Willie Frank Wright, Jr, files these Objections to the United States Magistrate's Final Report and Recommendation, dated October 4, 2022, and states as follows:

1.

Plaintiff Wright objects to the Final Report and Recommendation of dismissal of Plaintiff's Complaint on the grounds that Plaintiff's counsel was incapacitated with Covid- 19 when the order was entered and emailed.

2.

For the better part of July and August I was incapacitated with COVID-19 including being admitted to Piedmont Hospital. My legal assistant also was incapacitated with COVID-19. So with both my assistant and I were out of the office sick in bed there was no one to be alerted to the double check on court filings. For the past twenty years I have responded to pretrial conferences, hearings and trials before Judge Sands, but this time my incapacity and that of my legal assistant did not allow to be alerted to the Order of the Court August 29,2022.

3.

Plaintiff's counsel is back in good health and will coordinate with counsel for the Defendants and file the Joint Preliminary Report and Discovery Plain within 21 days from the order of the Court continuing the case.

4.

It is requested that the Final Report and Recommendation of dismissal of the case be reconsidered and not be followed by the Court so that this case can continue.

My apologies to the Court.

This 13th day of October. 2022.

*/S/ McNeill Stokes*
McNeill Stokes
Georgia Bar Number 683600
Attorney for Plaintiff
Willie Frank Wright Jr.

5372 Whitehall Place SE
Mableton, GA 30126
Telephone: 404-352-2144
Email: mcstokes@bellsouth.net

P

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that this day a true and correct copy of the Objections to the United States Magistrate's Final Report and Recommendations and was electronically filed with the Clerk of the Court using the e-filing system which will send notification of such filing to all the attorneys of record.

This 13th day of October, 2022.

                                                Respectfully submitted,
/S/McNeill Stokes
McNeill Stokes
Georgia Bar No. 683600
Attorney for Plaintiff
Willie Frank Wright Jr.

5372 Whitehall Place SE
Mableton, Georgia 30126
Telephone: 404-352-2144
Fax: 768-742-7559
Email: mcstokes@bellsouth.net