IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

WILLIE FRANK WRIGHT, JR.,

    Plaintiff,

v.

WARDEN KEVIN
SPRAYBERRY, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 4:19-CV-0095-HLM-WEJ

## ORDER

This is a civil rights action filed under 42 U.S.C. § 1983.  The case is before the Court on Plaintiff's Objections to the Final Report and Recommendation [66] and on the Court's own Motion.

Plaintiff filed a document in this case that he titled as Objections to a Report and Recommendation. (Objs. (Docket Entry No. 66).)  This case, however, is closed.  (Order of Oct. 27, 2021 (Docket Entry No. 64); Clerk's Judgment (Docket Entry NO.

65).) Plaintiff apparently wished to object to the Final Report and Recommendation entered in another civil action that remains pending: Civil Action File No. 4:22-CV-0097-HLM-WEJ. The Court overrules the Objections filed erroneously in this case. Plaintiff must file his Objections in the correct case.[1]

ACCORDINGLY, the Court **OVERRULES** Plaintiff's Objections [66]. <u>If Plaintiff wishes to object to the Final Report and Recommendation filed in Civil Action File No. 4:22-CV-0097-HLM-WEJ, he must file his Objections in that case. The Court and the Clerk will not perform that task for Plaintiff's counsel.</u>

IT IS SO ORDERED, this the 14th day of October, 2022.

/s/ Harold L. Murphy
_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff is represented by counsel.